**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1524**

_____

SHERI DANIEL,

        Plaintiff - Appellant,

     v.

TIMOTHY J. SLOAN, CEO & President (2016-present) of Wells Fargo & Company, In his official capacity AND in his individual capacity; JOHN GERARD STUMPF, Chairman & CEO (2004-2016) of Wells Fargo & Company, in his official capacity AND in his individual capacity; AVID MODJTABAI, Sr. Exec. VP, Consumer Lending of Wells Fargo & Company, in her official capacity AND in her individual capacity; MICHAEL J. HEID, President & CEO (2004-2015) of Wells Fargo Home Mortgage, in his official capacity AND in his individual capacity; FRANKLIN CODEL, President & CEO (2015-present) of Wells Fargo Home Mortgage, in his official capacity AND in his individual capacity; NANCY SORENSEN, Executive Mortgage Specialist Customer Care and Recovery Group Wells Fargo Home Mortgage, in her official capacity AND in her individual capacity; TERRY MCAULIFFE, Governor of the Commonwealth of Virginia, In his official capacity AND in his individual capacity; MARK R. HERRING, Attorney General of the Commonwealth of Virginia, in his official capacity AND in his individual capacity; DONALD W. LEMONS, Chief Justice of the Supreme Court of Virginia, in his official capacity AND in his individual capacity; BRUCE D. WHITE, Chief Judge of the Fairfax County Circuit Court Commonwealth of Virginia, in his official capacity AND in his individual capacity; ROBERT J. SMITH; JUDGE JAN L. BRODIE, Judge of the Fairfax County Circuit Court, in her official capacity AND in her individual capacity; ALFRED D. SWERSKY, Judge, Judge (retired, substitute) in the Fairfax County Circuit Court, in his official capacity AND in his individual capacity,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:16-cv-01360-CMH-JFA)

---

Submitted: August 17, 2017                    Decided: August 21, 2017

---

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Sheri Daniel, Appellant Pro Se. Amy Sanborn Owen, BRIGLIAHUNDLEY, PC, Tysons Corner, Virginia; Nancy Hull Davidson, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheri Daniel appeals the district court's orders dismissing her civil action and denying her motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Daniel v. Sloan*, No. 1:16-cv-01360-CMH-JFA (E.D. Va., Mar. 10 & 22, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*